# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT TRENIER,<br><br>            Plaintiff,<br><br>   vs.<br><br>PWI WEST, franchisee of BUFFALO WILD WINGS WORLD WIDE WINGS LLC,<br><br>            Defendant. | Case No. EDCV13-1867 JGB (KKx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL (FED. R. CIV. PRO. 41(a)(1))**<br><br>Assigned to the Hon. Jesus G. Bernal<br>Courtroom 1 |

**UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses with prejudice the above-captioned action filed by plaintiff Brett Trenier against defendant Perpetual Wings, LLC, each side to bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: August 27, 2014

_____
Hon. Jesus G. Bernal
U.S. District Court Judge

ORDER RE: STIPULATION OF DISMISSAL
DWT 24688842v1 0096493-000003